UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:17-cr-170-T-17AAS

JABAR ALI REFAIE

## ORDER DESIGNATING
## CLASSIFIED INFORMATION SECURITY OFFICERS

Now pending is the Government's motion for the appointment of a classified information security officer ("CISO"), pursuant to the Classified Information Procedures Act, 18 U.S.C. App. III ("CIPA") and Section 2 of the Security Procedures established under Pub. L. 96-456, 94 Stat. 2025 by the Chief Justice of the United States. Upon due consideration, the Court finds that the motion is well-taken and designates Carli V. Rodriguez-Feo as the CISO in this case, to perform the duties and responsibilities prescribed in the Security Procedures promulgated by the Chief Justice. This Court further designates the following persons to act as Alternate Classified Information Security Officers, to serve in the event that Ms. Rodriguez-Feo is unavailable: Debra M. Guerrero-Randall, Daniel O. Hartenstine, Joan B. Kennedy, Maura L. Peterson, Harry J. Rucker, and W. Scooter Slade.

DONE and ORDERED, this 29th day of NOVEMBER, 2017.

ELIZABETH A. KOVACHEVICH
United States District Judge

Copies to:
All parties and counsel of record

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE