UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                      CASE NO. 8:17-cr-170-T-17AAS

JABAR ALI REFAIE,
    a/k/a "Nicholas Ali Rifai"
    a/k/a "Nicolas Rifai"
    a/k/a "Jaba R Rifai"

## NOTICE OF FILING ORDER

The Court hereby provides notice to the parties that it has entered an order pursuant to Section 4 of the Classified Information Procedures Act and related to the United States' "Supplemental Classified *In Camera, Ex Parte* Memorandum of Law and Motion for an Order Pursuant to Section 4 of the Classified Information Procedures Act and Rule 16(d)(1) of the Federal Rules of Criminal Procedure" (*see* Docket Entry 69). The order is under seal and was filed with the Classified Information Security Officer or Designee.

Dated: This 3rd day of May, 2018

The Honorable Elizabeth A. Kovachevich
United States District Judge