**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CLERK'S MINUTES**

| CASE NO.:   8:17-cr-170-T-17AAS | DATE:   May 15, 2018 | |
|---|---|---|
| **HONORABLE ELIZABETH A. KOVACHEVICH** | | |
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**JABAR ALI REFAIE** | **GOVERNMENT COUNSEL**<br>Daniel George & Michael Dittoe | |
| **COURT REPORTER:** David Collier | **DEPUTY CLERK:** | Sonya Cohn |
| **TIME:**   2:05 – 2:27 p.m.<br>**TOTAL:**   22 minutes | | |

**NOTICE OF CLASSIFIED PROCEEDING**