**UNITED STATES DISTRICT COURT**
**Middle District of Florida**
Office of the Clerk
United States Courthouse
Tampa, Florida 33602

Elizabeth M. Warren
Clerk

NOTICE TO COUNSEL
INSTRUCTIONS REGARDING THE PRE-MARKING OF EXHIBITS

  Local rule 3.07 requires each party to obtain from the Clerk, in advance of trial, tabs or labels for <u>pre-marking</u> and identification of each exhibit proposed to be offered in evidence, or otherwise tendered to any witness during trial. To assist you in this regard, copies of Court-approved Exhibit Lists and Exhibit Tags are attached for your use. The case number and style should be appropriately inserted on these forms which may then be reproduced on your office copier in such quantities as required.

  Prior to pre-marking exhibits, counsel should select the appropriate "party specific" tag from the attachments. These tags are designed to assist counsel and the Court in controlling and managing exhibits throughout the trial.

  Counsel should consecutively number each exhibit tag and <u>staple</u> the exhibit tag to the upper right corner of each exhibit. Thereafter, counsel should prepare the Exhibit List and provide a description of each consecutively numbered exhibit, and sub-exhibit, sufficient to identify it throughout trial.

  Composite exhibits should be identified by using the main exhibit's sequential number and an alphabetical suffix to identify the composite portions of the exhibit: e.g., if the main exhibit is number 20 and there are two sub-parts to the exhibit, then the main exhibit should be numbered 20/A, the first sub-part numbered 20/B, and final sub-part numbered 20/C.

**SPECIAL REQUIREMENT FOR ALL CASES: If counsel/pro se parties utilize binders for originals and copies of trial exhibits, the binders must not exceed two inches in thickness and must have solid, stable backbones. One courtesy copy of exhibits to be provided to Courtroom Deputy Clerk on the first day of trial.**

Effective December 1, 2016, pursuant to 11th Cir. R. 11-3; FRAP 11, IOP 3, the District Court Clerk must: (1) include in the electronic record on appeal electronic versions of all documentary exhibits admitted into evidence at trial or any evidentiary hearing; and (2) ensure that no such exhibits are returned to the parties before electronic versions have been entered into the electronic record on appeal. **Accordingly, the Parties shall provide to the Courtroom Deputy Clerk, <u>at the conclusion of trial</u>, a CD with electronic copies in <u>pdf format</u> of all exhibits admitted into evidence.** Each exhibit should not exceed 10 MB in size.

If an exhibit is physical evidence (e.g., drugs, ammunition, firearm), counsel shall provide a photographic substitution of the exhibit.  If an exhibit contains sensitive information (i.e., child pornographic images), counsel should either (a) provide a redacted[1] version of the exhibit, or (b) insert a placeholder exhibit that states, "Exhibit [Number] contains sensitive images."

Local Rule 3.07(b) requires counsel to furnish copies of their Exhibit List to all other counsel at the commencement of trial.

**NOTE**:  These instructions are purposely general in nature and are intended to supplement the Local Rules and any other instructions issued by the trial judge.  Accordingly, counsel shall be responsible for ensuring that any additional requirements established by the trial judge are also met.

ELIZABETH M. WARREN, CLERK

Attachments

---

[1] An unredacted version can be provided to the court and filed under seal at the party's request.

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**Plaintiff(s),**
**Government**

**Case No:**

v.

**Defendant(s),**

| TRIAL EXHIBIT LIST ||||  |
|---|---|---|---|---|
| **Exhibit No.** | **Date Identified** | **Date Admitted** | **Witness** | **Description** |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

**Case Number:**                                   **Page _____ of _____ Pages**

# EXHIBIT LIST -- CONTINUATION SHEET

| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| **U.S. District Court**<br>**Middle District of Florida**<br>**GOVERNMENT'S EXHIBIT**<br>**Exhibit Number:**<br><br>**Case Number:**<br><br><br>**v.**<br><br>**Date Identified:**<br><br>**Date Admitted:** | **U.S. District Court**<br>**Middle District of Florida**<br>**GOVERNMENT'S EXHIBIT**<br>**Exhibit Number:**<br><br>**Case Number:**<br><br><br>**v.**<br><br>**Date Identified:**<br><br>**Date Admitted:** | **U.S. District Court**<br>**Middle District of Florida**<br>**GOVERNMENT'S EXHIBIT**<br>**Exhibit Number:**<br><br>**Case Number:**<br><br><br>**v.**<br><br>**Date Identified:**<br><br>**Date Admitted:** |
|---|---|---|
| **U.S. District Court**<br>**Middle District of Florida**<br>**GOVERNMENT'S EXHIBIT**<br>**Exhibit Number:**<br><br>**Case Number:**<br><br><br>**v.**<br><br>**Date Identified:**<br><br>**Date Admitted:** | **U.S. District Court**<br>**Middle District of Florida**<br>**GOVERNMENT'S EXHIBIT**<br>**Exhibit Number:**<br><br>**Case Number:**<br><br><br>**v.**<br><br>**Date Identified:**<br><br>**Date Admitted:** | **U.S. District Court**<br>**Middle District of Florida**<br>**GOVERNMENT'S EXHIBIT**<br>**Exhibit Number:**<br><br>**Case Number:**<br><br><br>**v.**<br><br>**Date Identified:**<br><br>**Date Admitted:** |
| **U.S. District Court**<br>**Middle District of Florida**<br>**GOVERNMENT'S EXHIBIT**<br>**Exhibit Number:**<br><br>**Case Number:**<br><br><br>**v.**<br><br>**Date Identified:**<br><br>**Date Admitted:** | **U.S. District Court**<br>**Middle District of Florida**<br>**GOVERNMENT'S EXHIBIT**<br>**Exhibit Number:**<br><br>**Case Number:**<br><br><br>**v.**<br><br>**Date Identified:**<br><br>**Date Admitted:** | **U.S. District Court**<br>**Middle District of Florida**<br>**GOVERNMENT'S EXHIBIT**<br>**Exhibit Number:**<br><br>**Case Number:**<br><br><br>**v.**<br><br>**Date Identified:**<br><br>**Date Admitted:** |

| **U.S. District Court**<br>**Middle District of Florida**<br><br>**PLAINTIFF'S EXHIBIT**<br><br>**Exhibit Number:**<br><br>**Case Number:**<br><br><br>v.<br><br>**Date Identified:**<br><br>**Date Admitted:** | **U.S. District Court**<br>**Middle District of Florida**<br><br>**PLAINTIFF'S EXHIBIT**<br><br>**Exhibit Number:**<br><br>**Case Number:**<br><br><br>v.<br><br>**Date Identified:**<br><br>**Date Admitted:** | **U.S. District Court**<br>**Middle District of Florida**<br><br>**PLAINTIFF'S EXHIBIT**<br><br>**Exhibit Number:**<br><br>**Case Number:**<br><br><br>v.<br><br>**Date Identified:**<br><br>**Date Admitted:** |
|---|---|---|
| **U.S. District Court**<br>**Middle District of Florida**<br><br>**PLAINTIFF'S EXHIBIT**<br><br>**Exhibit Number:**<br><br>**Case Number:**<br><br><br>v.<br><br>**Date Identified:**<br><br>**Date Admitted:** | **U.S. District Court**<br>**Middle District of Florida**<br><br>**PLAINTIFF'S EXHIBIT**<br><br>**Exhibit Number:**<br><br>**Case Number:**<br><br><br>v.<br><br>**Date Identified:**<br><br>**Date Admitted:** | **U.S. District Court**<br>**Middle District of Florida**<br><br>**PLAINTIFF'S EXHIBIT**<br><br>**Exhibit Number:**<br><br>**Case Number:**<br><br><br>v.<br><br>**Date Identified:**<br><br>**Date Admitted:** |
| **U.S. District Court**<br>**Middle District of Florida**<br><br>**PLAINTIFF'S EXHIBIT**<br><br>**Exhibit Number:**<br><br>**Case Number:**<br><br><br>v.<br><br>**Date Identified:**<br><br>**Date Admitted:** | **U.S. District Court**<br>**Middle District of Florida**<br><br>**PLAINTIFF'S EXHIBIT**<br><br>**Exhibit Number:**<br><br>**Case Number:**<br><br><br>v.<br><br>**Date Identified:**<br><br>**Date Admitted:** | **U.S. District Court**<br>**Middle District of Florida**<br><br>**PLAINTIFF'S EXHIBIT**<br><br>**Exhibit Number:**<br><br>**Case Number:**<br><br><br>v.<br><br>**Date Identified:**<br><br>**Date Admitted:** |

| **U.S. District Court**<br>**Middle District of Florida**<br><br>**DEFENDANT'S EXHIBIT**<br><br>**Exhibit Number:**<br><br>**Case Number:**<br><br><br>**v.**<br><br>**Date Identified:**<br><br>**Date Admitted:** | **U.S. District Court**<br>**Middle District of Florida**<br><br>**DEFENDANT'S EXHIBIT**<br><br>**Exhibit Number:**<br><br>**Case Number:**<br><br><br>**v.**<br><br>**Date Identified:**<br><br>**Date Admitted:** | **U.S. District Court**<br>**Middle District of Florida**<br><br>**DEFENDANT'S EXHIBIT**<br><br>**Exhibit Number:**<br><br>**Case Number:**<br><br><br>**v.**<br><br>**Date Identified:**<br><br>**Date Admitted:** |
|---|---|---|
| **U.S. District Court**<br>**Middle District of Florida**<br><br>**DEFENDANT'S EXHIBIT**<br><br>**Exhibit Number:**<br><br>**Case Number:**<br><br><br>**v.**<br><br>**Date Identified:**<br><br>**Date Admitted:** | **U.S. District Court**<br>**Middle District of Florida**<br><br>**DEFENDANT'S EXHIBIT**<br><br>**Exhibit Number:**<br><br>**Case Number:**<br><br><br>**v.**<br><br>**Date Identified:**<br><br>**Date Admitted:** | **U.S. District Court**<br>**Middle District of Florida**<br><br>**DEFENDANT'S EXHIBIT**<br><br>**Exhibit Number:**<br><br>**Case Number:**<br><br><br>**v.**<br><br>**Date Identified:**<br><br>**Date Admitted:** |
| **U.S. District Court**<br>**Middle District of Florida**<br><br>**DEFENDANT'S EXHIBIT**<br><br>**Exhibit Number:**<br><br>**Case Number:**<br><br><br>**v.**<br><br>**Date Identified:**<br><br>**Date Admitted:** | **U.S. District Court**<br>**Middle District of Florida**<br><br>**DEFENDANT'S EXHIBIT**<br><br>**Exhibit Number:**<br><br>**Case Number:**<br><br><br>**v.**<br><br>**Date Identified:**<br><br>**Date Admitted:** | **U.S. District Court**<br>**Middle District of Florida**<br><br>**DEFENDANT'S EXHIBIT**<br><br>**Exhibit Number:**<br><br>**Case Number:**<br><br><br>**v.**<br><br>**Date Identified:**<br><br>**Date Admitted:** |

| **U.S. District Court**<br>**Middle District of Florida**<br><br>**JOINT EXHIBIT**<br><br>**Exhibit Number:**<br><br>**Case Number:**<br><br>**v.**<br><br>**Date Identified:**<br><br>**Date Admitted:** | **U.S. District Court**<br>**Middle District of Florida**<br><br>**JOINT EXHIBIT**<br><br>**Exhibit Number:**<br><br>**Case Number:**<br><br><br><br>**v.**<br><br><br><br>**Date Identified:**<br><br>**Date Admitted:** | **U.S. District Court**<br>**Middle District of Florida**<br><br>**JOINT EXHIBIT**<br><br>**Exhibit Number:**<br><br>**Case Number:**<br><br><br><br>**v.**<br><br><br><br>**Date Identified:**<br><br>**Date Admitted:** |
|---|---|---|
| **U.S. District Court**<br>**Middle District of Florida**<br><br>**JOINT EXHIBIT**<br><br>**Exhibit Number:**<br><br>**Case Number:**<br><br><br><br>**v.**<br><br><br><br>**Date Identified:**<br><br>**Date Admitted:** | **U.S. District Court**<br>**Middle District of Florida**<br><br>**JOINT EXHIBIT**<br><br>**Exhibit Number:**<br><br>**Case Number:**<br><br><br><br>**v.**<br><br><br><br>**Date Identified:**<br><br>**Date Admitted:** | **U.S. District Court**<br>**Middle District of Florida**<br><br>**JOINT EXHIBIT**<br><br>**Exhibit Number:**<br><br>**Case Number:**<br><br><br><br>**v.**<br><br><br><br>**Date Identified:**<br><br>**Date Admitted:** |
| **U.S. District Court**<br>**Middle District of Florida**<br><br>**JOINT EXHIBIT**<br><br>**Exhibit Number:**<br><br>**Case Number:**<br><br><br><br>**v.**<br><br><br><br>**Date Identified:**<br><br>**Date Admitted:** | **U.S. District Court**<br>**Middle District of Florida**<br><br>**JOINT EXHIBIT**<br><br>**Exhibit Number:**<br><br>**Case Number:**<br><br><br><br>**v.**<br><br><br><br>**Date Identified:**<br><br>**Date Admitted:** | **U.S. District Court**<br>**Middle District of Florida**<br><br>**JOINT EXHIBIT**<br><br>**Exhibit Number:**<br><br>**Case Number:**<br><br><br><br>**v.**<br><br><br><br>**Date Identified:**<br><br>**Date Admitted:** |