UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**UNITED STATES OF AMERICA**

vs.   Case No.  8:17-cr-170-T-17AAS

**JABAR ALI REFAIE**
a/k/a **NICHOLAS REFAIE**
                                                            /

**O R D E R**

This cause comes on for consideration on defendant's Unopposed Motion to Modify Conditions of Pretrial Release by Amending Agreement to Forfeit Property (Dkt. 118).

The Unopposed Motion to Modify Conditions of Pretrial Release by Amending Agreement to Forfeit Property (Dkt. 118) is **GRANTED**.  The property located at 6616 Waterton Drive, Riverview, Florida 33578 is released as security on defendant's bond.  The security shall be replaced by the property located at 13211 Sharondale Court, Riverview, Florida 33579. Counsel shall contact Cathy Morgan to arrange the signing of the new bond documents.  Defendant shall provide a certified copy of the deed and a recent statement from the mortgage company regarding balance of mortgage, if any.  All other conditions of release remain in full force and effect.

ORDERED this   1st   day of July, 2019.

AMANDA ARNOLD SANSONE
United States Magistrate Judge