FILED

# United States District Court

__MIDDLE__ DISTRICT OF __FLORIDA__   2019 JUL -3 PM 2:00

CLERK, US DISTRICT COURT
MIDDLE DISTRICT FLORIDA
TAMPA, FLORIDA

UNITED STATES OF AMERICA

v.

AGREEMENT TO FORFEIT PROPERTY

CASE No. 8:17-cr-170-T-17AAS

JABAR ALI REFAIE

I/we, the undersigned, acknowledge pursuant to 18 U.S.C. §3142(c)(1)(B)(xi) in consideration of the release of the defendant that I/we and my/our personal representatives jointly and severally agree to forfeit to the United States of America the following property:

Property Address: 13211 Sharondale Court, Riverview, Florida 33579

Legal Description: Lot 35, Block D, Summerfield Village II Tract 3, Phase I, according to the map or plat thereof, as recorded in Plat Book 73, Page 17, of the Public Records of Hillsborough County, Florida.

and there has been posted with the court the following indicia of my/our ownership of the property:

**Copy of Deed**

I/we further declare under penalty of perjury that I am/we are the sole owner(s) of the property described above and that the property described above is not subject to any lien, encumbrance, or claim of right or ownership except my/our own, that imposed by this agreement, and those listed below:

Property is own free and clear of any mortgage, lien, and/or encumbrance

and that I/we will not alienate, further encumber, or otherwise willfully impair the value of my/our interest in the property.

The conditions of this agreement are that the defendant, **Jabar Ali Refaie,** is to appear before this court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of a condition of defendant's release as may be ordered or notified by this court or any other United States Court to which the defendant may be held to answer or the cause transferred. The defendant is to abide by any judgment entered in such matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment.

It is agreed and understood that this is a continuing agreement (including any proceedings on appeal or review) which shall continue until such time as the undersigned are exonerated.

If the defendant appears as ordered or notified and otherwise obeys and performs the foregoing conditions of this agreement, then this agreement is to be void, but if the defendant fails to obey or perform any of these conditions, the property described in this agreement shall immediately be forfeited to the United States. Forfeiture under this agreement for any breach of its conditions may be declared by any United States district court having cognizance of the above entitled matter at the time of such breach, and if the property is forfeited and if the forfeiture is not set aside or remitted, judgment may be entered upon motion in such United States district court against each debtor jointly and severally for forfeiture of the property together with interest and costs, and execution may be issued and the property secured as provided by the

Federal Rules of Criminal Procedure and any other laws of the United States of America. **I/We waive any claim to Homestead Exemption as a defense.**

This agreement is signed on **July 3, 2019**, at Tampa, Florida.

DEFENDANT: _____  ADDRESS: 13211 Sharondale Court
Jabar Ali Refaie

Riverview, Florida 33579

Telephone # 813-585-6535

SURETY: _____  ADDRESS: 13211 Sharondale Court
Felicity Refaie

Riverview, Florida 33579

Telephone # 813-466-4665

Signed and acknowledged before me on August 18, 2016.

_____
Deputy U.S. Marshal or Deputy Clerk

Approved: _Amanda Arnold Sansone_   _Cathy Morgan_
AMANDA ARNOLD SANSONE, U.S. MAGISTRATE JUDGE   Deputy Clerk as to Surety

10:29:26 AM DOC TAX-PD(F.S. 201.02) $840.00 DEPUTY CLERK:SSPENCER Pat Frank,Clerk of the Circuit Court Hillsborough County

Case 8:17-cr-00170-EAK-AAS Document 120 Filed 07/03/19 Page 3 of 5 PageID 201

Prepared by and Return to:
Benefit Title Services, LLC
an agent of Chicago Title Insurance Company
Douglas S. Heverly
212 S. Magnolia Ave.
Tampa, Florida 33606
Our File Number: 10-12022

THIS IS NOT A CERTIFIED COPY

## General Warranty Deed

Made this February 3, 2011 A.D. By **Darren P. Combs, an unmarried man,** whose address is: 13211 Sharondale Court, Riverview, Florida 33579, hereinafter called the grantor, to **Felicity Rifai, an unmarried woman** whose post office address is: 13211 Sharondale Court, Riverview, Florida 33579, hereinafter called the grantee:

(Whenever used herein the term "grantor" and "grantee" include all the parties to this instrument and the heirs, legal representatives and assigns of individuals, and the successors and assigns of corporations)

**Witnesseth,** that the grantor, for and in consideration of the sum of Ten Dollars, ($10.00) and other valuable considerations, receipt whereof is hereby acknowledged, hereby grants, bargains, sells, aliens, remises, releases, conveys and confirms unto the grantee, all that certain land situate in Hillsborough County, Florida, viz:

Lot 35, Block D, Summerfield Village II Tract 3, Phase I, according to the map or plat thereof, as recorded in Plat Book 73, Page 17, of the Public Records of Hillsborough County, Florida.

Parcel ID Number: U-17-31-20-2VJ-D00000-00035.0

**Together** with all the tenements, hereditaments and appurtenances thereto belonging or in anywise appertaining.

**To Have and to Hold,** the same in fee simple forever.

**And** the grantor hereby covenants with said grantee that the grantor is lawfully seized of said land in fee simple; that the grantor has good right and lawful authority to sell and convey said land; that the grantor hereby fully warrants the title to said land and will defend the same against the lawful claims of all persons whomsoever; and that said land is free of all encumbrances except taxes accruing subsequent to December 31, 2011.

**In Witness Whereof,** the said grantor has signed and sealed these presents the day and year first above written.

Signed, sealed and delivered in our presence:

_____
Witness Printed Name_Robert Young___

_____
Witness Printed Name_Douglas S. Heverly_

_____(Seal)
Darren P. Combs
Address: 13211 Sharondale Court, Riverview, Florida 33579

State of Florida
County of Hillsborough

The foregoing instrument was acknowledged before me this 3rd day of February, 2011, by Darren P. Combs, an unmarried man, who is/are personally known to me or who has/have produced valid FL driver's license as identification.

04:37:32 PM DOC TAX PD(F.S.201.02) $0.70 DEPUTY CLERK: JPOSTLE Pat Frank, Clerk of the Circuit Court Hillsborough County

Case 8:17-cr-00170-EAK-AAS Document 120 Filed 07/03/19 Page 4 of 5 PageID 202

**THIS IS NOT A CERTIFIED COPY**

## Quit-Claim Deed

**EXECUTED THIS** 11th day of February, 2017 by

**Sam Rifai**, a single man, address being: 13211 Sharondale Ct. Riverview, FL 33579 First party,
to **Felicity Rifai**, a single woman, address being: 13211 Sharondale Ct. Riverview, FL 33579 Second party;

**WITNESSETH**, That the said first party, for and in consideration of the sum of **TEN DOLLARS ($10.00)** in hand paid by the said second party, the receipt whereof is hereby acknowledged, does hereby remise, release and quit-claim unto the said second party forever, all the estate, right, title, interest, lien, equity, claim and demand which the said first party has in and to the following described lot, piece or parcel of land, situate, laying and being in the County of **HILLSBOROUGH**, State of Florida, to wit:

**LOT 35, BLOCK D, SUMMERFIELD VILLAGE II TR 3 PHASE 1, according to the map or plat thereof as recorded in Plat Book 20343, Page 802, inclusive, of the Public Records of Hillsborough County, Florida.**

**Folio No. 777211490**
**Property a/k/a 13211 SHARONDALE CT. RIVERVIEW, FL 33579**

**IN WITNESS WHEROF**, The said first party has signed and sealed this presence the day and year first above written. Signed, sealed and delivered in the presence of:

_Mary A. Stone_      _Mary S. Stone_
Witness Signature      Printed Name

_____      _____
Witness Signature      Printed Name

_Sam Rifai_      Sam Rifai / 13211 Sharondale Ct. Riverview, FL 33579
Grantor Signature      Printed Name & Address

**STATE OF FLORIDA, COUNTY OF HILLSBOROUGH**

**THE FOREGOING** instrument was acknowledged before me this 11th day of February 2017 personally appeared **SAM RIFAI** to me known to be the person(s) described in and who executed the foregoing instrument and acknowledged before me that he/she/they executed the same and who produced a driver's license and who did take an oath.

PREPARED BY AND
RETURN TO:

Sam Rifai
13211 Sharondale Ct.
Riverview, FL 33579

_Mary A. Stone_
Notary Public Signature
Expiration and Seal



MARY S. STONE
MY COMMISSION # FF 915218
EXPIRES: September 20, 2019
Bonded Thru Notary Public Underwriters

Tuesday, July 02, 2019

The property 13211 Sharondale Court, Riverview, Florida 33579, purchased on 02/04/2011 is 100% owned by Felicity Rifai, free of any mortgage(s), liens and is not known to be subject to any other monetary claims.

*Felicity Rifai*
13211 Sharondale Ct. Riverview, FL 33579