**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA

v.  Case No.: 8:17-cr-170-T-17AAS

JABAR ALI REFAIE

---

**ACCEPTANCE OF PLEA OF GUILTY**
**AND ADJUDICATION OF GUILT**

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the plea of guilty of the Defendant to Count Seven of the Superseding Indictment is now accepted and the Defendant is Adjudged Guilty of such offense. A sentencing hearing will be scheduled on **November 22, 2019, at 2:00 PM** before United States District Judge Elizabeth A. Kovachevich, Sam M. Gibbons United States Courthouse, Courtroom 14A, Fourteenth Floor, 801 North Florida Avenue, Tampa, Florida 33602.

IT IS SO ORDERED.

**DONE AND ORDERED** in Tampa, Florida this 9th day of September, 2019.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies furnished to:   All Parties and Counsel of Record
Agencies:   USPTS; USMS; USPO

**NOTE:**   **Defense counsel must review the PSI Report with their client prior to sentencing.   Counsel/USPO to promptly notify Courtroom Deputy Clerk Sonya Cohn (813-301-5737) if an evidentiary sentencing is requested and/or if the sentencing proceeding will exceed thirty minutes.   Any request for a continuance must be filed fourteen days prior to the sentencing date.**